**Mildred J. DENNIS, Plaintiff–Appellant,**

v.

**State of LOUISIANA, Defendant–Appellee.**

No. 03–30182.

United States Court of Appeals, Fifth Circuit.

Aug. 19, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Mildred Dennis filed a civil rights complaint pursuant to the Section 706(f) Civil

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Rights Act of 1964 against the State of Louisiana seeking money damages for racism and invasion of privacy. The district court dismissed Dennis's complaint as barred by the Eleventh Amendment.

Dennis has not challenged in this court the district court's reasons for dismissing her complaint. Accordingly, it is as if Dennis had not appealed the judgment. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987). The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.